UNTIED STATES DISTRICT COURT

FOR THE DISTRICTOF NEW MEXICO

NARESH RAJA, d/b/a AMERICA'S
BEST VALUE INN,

      Plaintiffs,

v.

OHIO SECURITY INSURANCE
COMPANY, LIBERTY MUTUAL
INSURANCE COMPANY, and
JEFFERY ROBINSON,

      Defendants.

No. 2:17-cv-00834-JB-CG

## JOINT MOTION TO DISMISS DEFENDANTS OHIO SECURITY INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, AND JEFFERY ROBINSON WITH PREJUDICE

Plaintiff Naresh Raja, d/b/a America's Best Value Inn, and Defendants Ohio Security Insurance Company, Liberty Mutual Insurance Company, and Jeffrey Robinson (collectively, "Liberty Mutual Defendants"), by and through their respective counsel, hereby respectfully request that the Court dismiss Plaintiff's claims against the Liberty Mutual Defendants with prejudice. As grounds for this Motion, the parties state that they have amicably resolved any and all issues between them, and no further controversies exist.

WHEREFORE, Plaintiff and the Liberty Mutual Defendants respectfully request that the Court enter its Order dismissing Plaintiff's claims against the Liberty Mutual Defendants with prejudice, with each party to bear its or his own costs.

Respectfully submitted,

RAY, MCCHRISTIAN & JEANS, P.C.

By: */s/ Shannon A. Parden*
    Shannon A. Parden
    6000 Uptown Blvd. NE #307
    Albuquerque, NM 87110
    Tel. 505-212-8018
    sparden@rmjfirm.com
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was emailed and served through CM/ECF this 12th day of September, 2018, to the following counsel of record:

| | |
|---|---|
| Thomas M. Furlow | Milad K. Farah |
| FURLOW LAW FIRM, PLLC | GUERRA & FARAH, PLLC |
| 1032 Central Parkway South | 1231 E. Missouri Ave. |
| San Antonio, TX 78232 | El Paso, TX 79902 |
| tfurlow@furlowlawfirm.com | mkf@gflawoffices.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

                                          */s/ Shannon A. Parden*
                                          Shannon A. Parden