**FILED**
UNITED STATES DISTRICT COURT

**UNTIED STATES DISTRICT COURT** ALBUQUERQUE, NEW MEXICO

**FOR THE DISTRICTOF NEW MEXICO**   SEP **1 8** 2018

NARESH RAJA, d/b/a AMERICA'S
BEST VALUE INN,

**CLERK**

Plaintiffs,

v.                                                          No. CV17-00834 JB/CG

OHIO SECURITY INSURANCE
COMPANY, LIBERTY MUTUAL
INSURANCE COMPANY, and
JEFFERY ROBINSON,

Defendants.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE (Doc. 38)

THIS MATTER came before the Court upon the Joint Motion of Naresh Raja, d/b/a
America's Best Value Inn, and Defendants Ohio Security Insurance Company, Liberty Mutual
Insurance Company, and Jeffrey Robinson (collectively, "Liberty Mutual Defendants"), to
dismiss Plaintiff's claims against the Liberty Mutual Defendants with prejudice. (Doc 38, filed
9/12/18). The Court, having reviewed the Joint Motion and being otherwise fully advised in the
premises, finds that the Motion is well taken and shall be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims of
Plaintiff Naresh Raja, d/b/a America's Best Value Inn against Ohio Security Insurance
Company, Liberty Mutual Insurance Company, and Jeffrey Robinson are hereby dismissed with
prejudice, with each party to bear its or his own costs.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

*Shannon A. Parden*
Shannon A. Parden
RAY, MCCHRISTIAN & JEANS, PC
6000 Uptown Blvd. NE, Ste. 307
Albuquerque, NM 87110
Tel. (505)212-8018
sparden@rmjfirm.com
*Attorneys for Defendants*

Approved by:

*Electronically approved :*
Thomas M. Furlow
FURLOW LAW FIRM, PLLC
1032 Central Parkway South
San Antonio, TX  78232
tfurlow@furlowlawfirm.com

And

Milad K. Farah
GUERRA & FARAH, PLLC
1231 E. Missouri Ave.
El Paso, TX 79902
mkf@gflawoffices.com
*Attorneys for Plaintiff*