IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NARESH RAJA, d/b/a AMERICA'S,
BEST VALUE INN,

    Plaintiff,

vs.                                              No. CIV 17-0834 JB\CG

OHIO SECURITY INSURANCE
COMPANY, LIBERTY MUTUAL
INSURANCE COMPANY, and
JEFFERY ROBINSON,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Stipulated Order of Dismissal with Prejudice, filed September 18, 2018 (Doc. 39)("Order").  In the Order, the Court dismissed the claims of Plaintiff Naresh Raja, d/b/a America's Best Value Inn, against Defendants Ohio Security Insurance Company, Liberty Mutual Insurance Company, and Jeffrey Robinson, alleged in Raja's Complaint, filed August 15, 2017 (Doc. 1), with prejudice.  See Order at 1.  With no further claims or parties before the Court, the Court now enters Final Judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) the claims of Plaintiff Naresh Raja, d/b/a America's Best Value Inn against Defendants Ohio Security Insurance Company, Liberty Mutual Insurance Company, and Jeffrey Robinson, alleged Raja's Complaint, filed August 15, 2017 (Doc. 1), are dismissed with prejudice; and (ii) Final Judgment is entered.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Thomas M. Furlow
Furlow Law Firm, PLLC
San Antonio, Texas

--and--

Milad K. Farah
Guerra & Farah, PLLC
El Paso, Texas

    *Attorneys for Plaintiff*

Shannon A. Parden
Ray, McChristian & Jeans, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants*